# United States Court of Appeals
## For the First Circuit

No. 21-1077

UNITED STATES,

Appellee,

v.

ALEXIS D. NEGRON-CRUZ,

Defendant - Appellant.

Before

Howard, Chief Judge,
Thompson and Barron, Circuit Judges.

**JUDGMENT**

Entered: September 16, 2021

This is an appeal from an order of the district court for the custodial psychiatric evaluation and treatment of Defendant-Appellant Alexis D. Negron-Cruz. The court has previously allowed Negron-Cruz's motion to stay the subject order pending appeal.

The United States has since filed a "Request for Remand for Further Revocation Proceeding Before the District Court," while Negron-Cruz, for his part, has filed a "Motion to Expedite Appeal Resolution." Upon review of the submissions in question and the record of the case, both the government's "request" and the appellant's motion are allowed to the extent that the court hereby orders that the challenged order of the district court is vacated, and the case remanded to the district court for further proceedings.

The appeal is terminated, and the mandate shall issue forthwith.

So ordered.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Francisco A. Besosa
Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico
Kendys Pimentel-Soto
Alexis D. Negron-Cruz
Ilianys Rivera Miranda
Max J. Perez-Bouret
Thomas F. Klumper
Mariana E. Bauza Almonte